**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Joanne M. Galligan** | : | |
| | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No.19-10321 ELF |

## PRAECIPE TO WITHDRAW

Kindly withdraw the standing trustee's confirmation recommendation. Docket entry #31.

Respectfully submitted,

June 5, 2019

/s/ William C. Miller, Esquire

William C. Miller
Chapter 13 Standing Trustee