# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-10321-ELF

JOANNE M GALLIGAN

317 WALNUT HILL LANE

HAVERTOWN, PA 19083

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOANNE M GALLIGAN

317 WALNUT HILL LANE

HAVERTOWN, PA 19083

Counsel for debtor(s), by electronic notice only.

DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Date: 10/1/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee