IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: JOANNE M. GALLIGAN | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | CASE NO. 19-10321 (ELF) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE M. GALLIGAN | ) | 11 U.S.C. 362 |
| **Respondent(s)** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about November 26, 2019 in the above matter (Doc. # 44) is **APPROVED**.

Dated:  12/2/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**