# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joanne M. Galligan<br>                    Debtor(s) | CHAPTER 13 |
| NewRez LLC dba Shellpoint Mortgage Servicing as servicer for NRZ Pass-Through Trust II<br>                    Movant<br>      vs. | NO. 19-10321 ELF |
| Joanne M. Galligan<br>                    Debtor(s) | |
| William C. Miller Esq.<br>                    Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  4th  day of  December , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay of all proceedings is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 317 Walnut Hill Lane, Havertown, PA 19083 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
      **ERIC L. FRANK**
      **U.S. BANKRUPTCY JUDGE**