United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-10321-elf
Joanne M. Galligan                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv            Page 1 of 1            Date Rcvd: Dec 02, 2019
                         Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2019.
db            +Joanne M. Galligan,    317 Walnut Hill Lane,    Havertown, PA 19083-2707
cr           ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:  Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste. 300,
                 Southfield, MI  48034)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 03 2019 03:56:04
               Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Joanne M. Galligan spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor   NewRez LLC dba Shellpoint Mortgage Servicing as
               servicer for NRZ Pass-Through Trust II bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   NRZ Pass-Through Trust II , U.S. Bank National
               Association as trustee bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: JOANNE M. GALLIGAN | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | CASE NO. 19-10321 (ELF) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOANNE M. GALLIGAN | ) | 11 U.S.C. 362 |
| **Respondent(s)** | ) | |
| | ) | |
| WILLIAM C. MILLER | ) | |
| **Trustee** | ) | |
| | ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY **ORDERED** that the Stipulation between Credit Acceptance Corporation and the Debtor in settlement of the Motion For Stay Relief, and filed on or about November 26, 2019 in the above matter (Doc. # 44) is **APPROVED**.

Dated: 12/2/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**