United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10321-elf
Joanne M. Galligan                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv              Page 1 of 2              Date Rcvd: Dec 11, 2019
                             Form ID: pdf900       Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 13, 2019.
db              +Joanne M. Galligan,    317 Walnut Hill Lane,    Havertown, PA 19083-2707
cr             ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court:  Credit Acceptance Corporation,    25505 W. 12 Mile Road, Ste. 300,
                 Southfield, MI  48034)
14259927       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                 (address filed with court:  Caine & Weiner,    P.O. Box 55848,    Sherman Oaks, CA 91413)
14259930        +Citibank, N.A.,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
14259931        +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
14376648        +Credit Acceptance Corp.,    c/o WILLIAM EDWARD CRAIG,    Morton & Craig,    110 Marter Avenue,
                 Suite 301,    Moorestown, NJ 08057-3125
14259932        +Credit Acceptance Corp.,    25505 West Twelve Mile Road,    Southfield, MI 48034-8316
14259933        +Credit Control, LLC,    P.O. Box 546,    Hazelwood, MO 63042-0546
14259924        +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
14259934        +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14296557         NRZ Passthrough Trust VI,    c/o New Rez LLC dba Shellpoint Mortgage,    PO Box 10826,
                 Greenville, SC 29603-0826
14259937        +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
14324804        +Shellpoint Mortgage Servicing,    c/o Kevin G. McDonald, Esquire,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14259941         Transworld Systems, Inc.,    500 Virginia Drive,    Suite 514,    Horsham, PA 19044

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Dec 12 2019 03:22:20     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 12 2019 03:22:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 12 2019 03:22:14     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 12 2019 03:12:01
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14259928       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 12 2019 03:12:01
                 Capital One Auto Finance,    c/o AIS Portfolio Services, LP,    4515 N. Santa Fe Avenue,
                 Department APS,    Oklahoma City, OK 73118-7901
14265654       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 12 2019 03:11:07
                 Capital One Auto Finance,,    A division of Capital One, N.A.,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14264735       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 12 2019 03:12:01
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14259929        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 12 2019 03:11:06
                 Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
14259926       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Dec 12 2019 03:22:09     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14259935       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 12 2019 03:25:36     LVNV Funding LLC,
                 c/o Resurgent Capital Services, LP,    P.O. Box 10675,    Greenville, SC 29603-0675
14259936       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 12 2019 03:21:55     PECO Energy Company,
                 N3-2, Accounts Receivable Grp,    2301 Market Street,    Philadelphia, PA 19103-1338
14259938       +E-mail/Text: bankruptcy@sccompanies.com Dec 12 2019 03:22:30     Seventh Avenue,
                 1515 S. 21st Street,    Clinton, IA 52732-6676
14259939        E-mail/Text: bankruptcy@sw-credit.com Dec 12 2019 03:22:09     Southwest Credit,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14259940       +E-mail/Text: bankruptcy@sccompanies.com Dec 12 2019 03:22:30     Swiss Colony,
                 1515 S. 21st Street,    Clinton, IA 52732-6676
14259942        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 12 2019 03:21:49
                 Verizon,    P.O. Box 920041,    Dallas, TX 75392-0041
                                                                                              TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14259925*      +Joanne M. Galligan,    317 Walnut Hill Lane,    Havertown, PA 19083-2707
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2              User: dlv                  Page 2 of 2                   Date Rcvd: Dec 11, 2019
                                  Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2019 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Joanne M. Galligan spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              KEVIN G. MCDONALD    on behalf of Creditor   NRZ Pass-Through Trust II , U.S. Bank National
               Association as trustee bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor   NewRez LLC dba Shellpoint Mortgage Servicing as
               servicer for NRZ Pass-Through Trust II bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JOANNE M GALLIGAN

Chapter 13

Debtor

Bankruptcy No. 19-10321-ELF

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: December 10, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID B. SPITOFSKY ESQUIRE
LAW OFFICES OF DAVID SPITOFSKY
516 SWEDE ST
NORRISTOWN, PA 19401-

Debtor:
JOANNE M GALLIGAN

317 WALNUT HILL LANE

HAVERTOWN, PA 19083